**BROWN, d. b. a. THRIFTWAY SUPER MARKET, Plaintiff-Appellee, v. AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA, LOCAL NO. 7 et, Defendants-Appellants.**

Ohio Appeals, First District, Clermont County.

No. 241. Decided April 29, 1957.

J. Mack Swigert, Hulse Hays, Jr., Forrest Ely, for plaintiff-appellee. Smith & Latimer, Walter F. Smith, Hugh C. Nichols, for defendants-appellants.

### OPINION

By THE COURT.

A decree similar to the one entered in the Court of Common Pleas of Clermont County, Ohio, will be entered in this Court.

HILDEBRANT, PJ, MATTHEWS & LONG, JJ, concur.